# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

_____

CELIO ROMARIO GUNCAY CASTRO,

       Petitioner,

    v.                             Case No. 1:25-cv-01129-KWR-SCY

KRISTI NOEM*, Secretary of the Department
of Homeland Security,* and
WARDEN, *Warden of Torrance County Detention Center*,

       Respondents.

## <u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

      THIS MATTER comes before the Court *sua sponte.*  In their Motion to Dismiss (Doc. 8), Respondents asserted in the alternative that Petitioner is mandatorily detained because he is seeking asylum.  8 U.S.C. § 1225(b)(1)(B)(iii)(IV) ("Any alien subject to the procedures under this clause shall be detained pending a final determination of credible fear of persecution and, if found not to have such a fear, until removed.").  It appears that this argument is distinct from whether Petitioner must be mandatorily detained under § 1225(b)(2)(A). In his response to the Motion to Dismiss, Petitioner did not address this argument. *See* Doc. 9. The Court directs Petitioner to respond to this argument (Doc. 8 at 17-19) within **seven (7) days** of the entry of this order.

      **IT IS SO ORDERED.**

                                  _____/S/_____

                                  KEA W. RIGGS
                                  UNITED STATES DISTRICT JUDGE